Electronically Filed
 Supreme Court
 SCWC-XX-XXXXXXX
 10-SEP-2019
 SCWC-XX-XXXXXXX 02:09 PM

 IN THE SUPREME COURT OF THE STATE OF HAWAII

 STATE OF HAWAII, Respondent/Plaintiff-Appellant,

 vs.

 RUSSELL KAHOOKELE, Petitioner/Defendant-Appellee,

 AND

 STATE OF HAWAII, Respondent/Plaintiff-Appellant,

 vs.

 HENRY M. NOA, Petitioner/Defendant-Appellee.

 CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
 (CAAP-XX-XXXXXXX; CASE NO. 2DCW-XX-XXXXXXX)
 (CAAP-XX-XXXXXXX; CASE NO. 2DCW-XX-XXXXXXX)

 ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

 Petitioners/Defendants-Appellees Russell Kahookele and
 Henry M. Noa’s Application for Writ of Certiorari, filed on July
 29, 2019, is hereby rejected.
 DATED: Honolulu, Hawaii, September 10, 2019.

 /s/ Mark E. Recktenwald
 /s/ Paula A. Nakayama
 /s/ Sabrina S. McKenna
 /s/ Richard W. Pollack
 /s/ Michael D. Wilson